IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERI LEE,
    Plaintiff,

v.                                             Case No. 3:06cv364/MCR/EMT

UNITED STATES OF AMERICA,
    Defendant.
_____/

**ORDER**

This cause is before the court upon Plaintiff's Motion for Status Conference to Modify Deadlines for Discovery and Expert Reports (Doc. 20), and Defendant's response thereto (Doc. 21).

In the instant motion, Plaintiff seeks a conference with the court for purposes of discussing the parties' positions in this matter (*see* Doc. 21 at 7).  As the court has determined that such a conference is unnecessary, Plaintiff's motion shall be denied in part.  Plaintiff also seeks an order extending the deadline for filing expert reports and a ninety-day extension of the discovery deadline (*see id.* at 7–8).  In response, Defendant does not oppose Plaintiff's motion but requests that if Plaintiff is permitted to supplement her expert disclosures, that Defendant be provided with an extension of time to respond to Plaintiff's supplemented expert disclosures (Doc. 21 at 1–2).

This court has broad discretion in managing pretrial discovery matters.  Klay v. All Defendants, 425 F.3d 977, 982 (11th Cir. 2005) (citing Perez v. Miami-Dade County, 297 F.3d 1255, 1263 (11th Cir. 2002)).  Moreover, the court is mindful that the Federal Rules of Civil Procedure strongly favor full discovery whenever possible.  *See* Fed. R. Civ. P. 26(b)(1); Moore v. Armour Pharmaceutical Co., 927 F.2d 1194, 1197 (11th Cir. 1991).  For good cause shown, Plaintiff's motion for extension shall be granted.

    Accordingly, it is **ORDERED**:

1.      Plaintiff's Motion for Status Conference to Modify Deadlines for Discovery and Expert Reports (Doc. 20) is **DENIED in part and GRANTED in part**.  Plaintiff's motion is **DENIED** to the extent it seeks a conference with the court prior to a ruling being issued on the instant motion.  Plaintiff's motion is **GRANTED** to the extent that:

      a.      The discovery deadline is extended to **SEPTEMBER 28, 2007**.

      b.      The deadline for the parties' Rule 26(a)(2) disclosures is extended as follows. Rule 26(a)(2) disclosures are due from Plaintiff on or before **JUNE 29, 2007**, and from Defendant no later than **SIXTY (60) DAYS** following service of Plaintiff's disclosures.

**DONE AND ORDERED** this 4th day of June 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**